# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3100
LT Case No. 2018-30325-CICI

_____

ORMOND BEACH AIRCRAFT
BROKERS, LLC, D/B/A ORMOND
AIRCRAFT,

      Appellant,

      v.

JEFFREY ALLEN HARRINGTON,
HELENA INVESTMENTS, LLC, and
JAMES C. WORCESTER, JR.,

      Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Ronald A. Nour, Attorney at Law, Ormond Beach, for Appellant.

Jeffrey Allen Harrington, West Palm Beach, pro se.

No Appearance for Remaining Appellees.

July 16, 2024

PER CURIAM.

      AFFIRMED.

MAKAR, HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____